UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GENERAL REINSURANCE CORPORATION and GENESIS INSURANCE COMPANY, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 3:05-1042 ) Judge Echols |
| DOLGENCORP, INC., CHARLES FOWLER, ROBERT MAYNER, and ROY LEE MCDUFFIE, | ) ) ) ) |
| Defendants. | ) |

### ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, Plaintiff General Reinsurance Corporation's Motion for Default Judgment (Docket Entry No. 13) is hereby DENIED WITHOUT PREJUDICE. Plaintiff Genesis Insurance Company's Motion for Default Judgment (Docket Entry No. 15) is also hereby DENIED WITHOUT PREJUDICE.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE